THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW WELLLER,<br><br>               Plaintiff,<br><br>    v.<br><br>THE FISHING COMPANY OF ALASKA, INC., *et al.*,<br><br>               Defendants. | CASE NO. C18-1047-JCC<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on the parties' notice of settlement (Dkt. No. 23.) The parties shall file a stipulated dismissal no later than 30 days from the date of this order. The Clerk is directed to TERMINATE all pending motions (Dkt. No. 21) and case management dates, and statistically CLOSE the case.

    DATED this 9th day of July 2019.

                                                    William M. McCool
                                                    Clerk of Court

                                                      s/*Tomas Hernandez*
                                                     Deputy Clerk