THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW WELLER, | CASE NO. C18-1047-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE FISHING COMPANY OF ALASKA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees.

DATED this 5th day of August 2019

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
